UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JULIO TREVINO ) | |
|     Plaintiff, ) | |
| ) | No. 1:15-cv-951 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| HORIZON BANKCORP, INC. ) | |
|     Defendant . ) | |
| _____) | |

## **JUDGMENT**

Having granted Defendant Horizon Bank's motion to dismiss for lack of subject-matter jurisdiction, and having dismissed all claims, as required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  December 17, 2015                            /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge